**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

|  |  |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, ST. MARY'S REGIONAL MEDICAL CENTER, NATHAN LITTAUER HOSPITAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, THE HEALTH RESOURCES AND SERVICES ADMINISTRATION, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 2:25-cv-00600-LEW |

**PROPOSED INTERVENORS' JOINT NOTICE OF APPEAL TO THE UNITED
STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Proposed Intervenors AbbVie Inc., Pharmacyclics LLC, AstraZenaca Pharmaceuticals

LP, Boehringer Ingelheim Pharmaceuticals, Inc., Novo Nordisk Inc., and Pharmaceutical

Research and Manufacturers of America, appeal to the United States Court of Appeals for the

First Circuit from the order of the United States District Court for the District of Maine, entered

in this case on December 18, 2025, denying Proposed Intervenors' motions to intervene.  Doc.

83.

The parties to the order appealed from and the names and addresses of their respective

1

attorneys are as follows:

Dated: December 30, 2025                    Respectfully submitted,

                                           /s/ *Kwaku Akowuah*

Daniel L. Rosenthal, Bar #8618             Kwaku A. Akowuah (admitted *pro hac vice*)
MARCUS | CLEGG                             Madeleine Joseph (admitted *pro hac vice*)
16 Middle Street, Unit 501                 SIDLEY AUSTIN LLP
Portland, ME 04101                         1501 K Street N.W.
(207) 828-8000                             Washington, D.C. 20005
dlr@marcusclegg.com
                                           Meenakshi Datta (admitted *pro hac vice*)
                                           SIDLEY AUSTIN LLP
                                           One South Dearborn
                                           Chicago, IL 60603
                                           Telephone: (312) 853-7000
                                           Email: mdatta@sidley.com

                        *Counsel for PhRMA*

                                           /s/ *Matthew S. Owen*

Jay S. Geller                              Matthew S. Owen (admitted *pro hac vice*)
Law Office of Jay S. Geller                Meredith M. Pohl (admitted *pro hac vice*)
Lunt Professional Building                 KIRKLAND & ELLIS LLP 1301
74 Lunt Road, Suite 206                    Pennsylvania Avenue N.W.
Falmouth, ME 04105                         Washington, D.C. 20004
Telephone: (207) 899-1477                  Telephone: (202) 389-5000
Email: jgeller@jaysgellerlaw.com           Email: matt.owen@kirkland.com
                                                     meredith.pohl@kirkland.com

            *Counsel for AbbVie Inc. and Pharmacyclics LLC*

                                           /s/ *Jeffrey D. Talbert*

Allon Kedem*                               Jeffrey D. Talbert
Jeffrey L. Handwerker*                     ARNOLD & PORTER KAYE SCHOLER
ARNOLD & PORTER KAYE SCHOLER LLP           LLP
601 Massachusetts Ave., NW                 250 West 55th Street
Washington, DC 20001-3743                  New York, NY10019-9710
(202) 942-5000                             (212) 836-8000
(202)942-5999 - fax                        jeff.talbert@arnoldporter.com
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com

            *Attorneys for AstraZeneca Pharmaceuticals LP*
                        * *Pro hac vice*

|   | /s/ *Alfred C. Frawley, IV* |
|---|---|
| Kevin F. King (admitted *pro hac vice*) | Alfred C. Frawley IV (Maine Bar No. 004854) |
| Thomas Brugato (admitted *pro hac vice*) | |
| Daniel G. Randolph (admitted *pro hac vice*) | MCCLOSKEY, MINA, CUNNIFF & FRAWLEY, LLC |
| COVINGTON & BURLING LLP | |
| One City Center | 12 City Center |
| 850 10th Street NW | Portland, ME 04101 |
| Washington, D.C. 20001 | Tel: (207) 772-6805 |
| Tel: (202) 662-6000 | Fax: (207) 879-9374 |
| Fax: (202) 662-6302 | afrawley@lawmmc.com |
| kking@cov.com | |
| tbrugato@cov.com | |
| drandolph@cov.com | |

*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc. and Novo Nordisk Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

/s/ *Kwaku Akowuah*
Kwaku Akowuah